FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERNESTO AVINA ESPINOZA;<br>JESUS BELLO PAREDES;<br>JOSE RUTILO GAMBOA NÚÑEZ;<br>LUCIA YUNUEN GAMBOA URBINA;<br>MARIA LIBRADA ESPINOZA<br>NICOLAS;<br><br>              Plaintiffs,<br><br>              v.<br><br>PERRAULT FARMS, INC.;<br>JEFFREY PERRAULT; and<br>JUDY PERRAULT AND STEVE<br>PERRAULT, and the marital community<br>thereof;<br><br>              Defendants. | No. 1:19-CV-03287-SAB<br><br>**ORDER ACCEPTING<br>STIPULATED DISMISSAL** |

Before the Court is the parties' Stipulated Dismissal, ECF No. 30. The parties stipulate and request the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation, enter it into the record, and dismiss this case.

//

**ORDER ACCEPTING STIPULATED DISMISSAL** # 1

1    Accordingly, **IT IS HEREBY ORDERED:**

2    1. The parties' Stipulated Dismissal, ECF No. 30, is **ACCEPTED**.

3    2. This matter is **DISMISSED with prejudice** and without attorney's fees

4 or costs to any party.

5    3. Any pending motions are **DISMISSED as moot**.

6    4. The trial date and any remaining pretrial deadlines are **STRICKEN**.

7    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter

8 this Order, provide copies to counsel, and **close** the file.

9    **DATED** this 20th day of November 2020.



10

11

12

13

14

15                    Stanley A. Bastian
                 United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER ACCEPTING STIPULATED DISMISSAL** # 2